UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALICIA STAFFORD and
CORNELIUS STAFFORD,                                                              Plaintiffs,

v.                                                                          Civil Action No. 3:16-cv-799-DJH-DW

EQUIFAX INFORMATION SERVICES,
LLC,                                                                                Defendant.

\* \* \* \* \*

**ORDER**

Plaintiffs Alicia Stafford and Cornelius Stafford having filed a notice of voluntary dismissal with prejudice (Docket No. 6),[1] no answer or motion for summary judgment having been filed by Defendant Equifax Information Services, LLC, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

April 19, 2017

**David J. Hale, Judge
United States District Court**

---

[1] Though captioned as a stipulation of dismissal, the filing is not signed by counsel for Equifax. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

1